JAP:ALC

**M10- 650**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DERRICK SHAWN MARION,

                  Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

    DARREL KING, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

    Upon information and belief, on or about May 28, 2010 within the Eastern District of New York, the defendant DERRICK SHAWN MARION, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

    (Title 18, United States Code, Section 751(a)).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1.   On or about February 6, 2008, the defendant DERRICK SHAWN MARION was sentenced by Judge Brian Holeman of the Superior Court for the District of Columbia to a term of 36 months' imprisonment and remanded to the custody of the Attorney General of the United States.  The defendant was sentenced in connection with a conviction for robbery.

2.   On or about April 21, 2010, the defendant DERRICK SHAWN MARION was transferred from F.C.I. Cumberland in Cumberland, Maryland to the Brooklyn Residential Reentry Center ("BRRC").  The defendant's term of custody was scheduled to be completed on September 24, 2010.

3.   On or about May 28, 2010 at approximately 9:55 p.m., BRRC staff observed the defendant DERRICK SHAWN MARION leave the BRRC without authorization.

4.   As of this date, the defendant DERRICK SHAWN MARION has failed to return to the BRRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant DERRICK SHAWN MARION so that he may be dealt with according to law.

_____
DARREL KING
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
9th day of June, 2010

S/ Gold

THE HON .D
UNITED JDGE
EASTERN ?K